FILED

SEP 28 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Harry C. Leventis (71618)
2  MOTLEY RICE
   28 Bridgeside Blvd.
3  Mt. Pleasant, South Carolina 29464
   Telephone: 843-216-9000
4  Facsimile: 843-216-9450
   Attorneys for Plaintiffs
5

6

7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11

12
   TOMM L. GIPE and MELINDA GIPE,    )   Case No.: 05-4456 CRB
13 Husband and Wife,                  )
                                      )   MDL NO. 1699
14                Plaintiffs,         )   District Judge: Charles R. Breyer
                                      )
15 vs.                                )
                                      )
16 PFIZER INC, A Delaware Corporation,)
                                      )   STIPULATION AND ORDER OF
17                                    )   DISMISSAL WITH PREJUDICE
                  Defendants.         )
18                                    )

19  ─────────────────────────────────────

20       Come now all the Plaintiffs in the above-entitled action and Defendants, by and through

21 the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

22 stipulate to the dismissal of this action with prejudice as to all plaintiffs named therein with

23 each side bearing its own attorneys' fees and costs.

24
                                              /s/
25  DATED: June 1, 2010     By: _____
                                 Harry C. Leventis (71618)
26                               MOTLEY RICE
                                 28 Bridgeside Blvd.
27                               Mt. Pleasant, South Carolina 29464
                                 Telephone: 843-216-9000
28

-1-

```
                                          Facsimile: 843-216-9450

                                          Attorneys for Plaintiffs
                  Sept. 17, 2010
        DATED: _____, 2009    By:   _____/s/_____


                                          DLA PIPER LLP (US)
                                          1251 Avenue of the Americas
                                          New York, New York 10020
                                          Telephone: 212-335-4500
                                          Facsimile: 212-335-4501

                                          Defendants' Liaison Counsel
```

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: 9-28-2010

Hon. Charles R. Breyer
United States District Court